UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael A Thompson | Case No.: <u>21-10895</u> |
| | Adversary No.: _____ |
| Debtor | Chapter: <u>13</u> |
| | Judge: <u>Ashely M Chan</u> |

**CHANGE OF ADDRESS**

**Creditor Name:**  Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: 10-421-MC3
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 01/30/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Michael A Thompson

Chapter #13  
Case No. 21-10895  
Honorable Ashely M Chan

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on January 31, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list.
Signed under the penalties of perjury, this 31st day of January 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Michael A Thompson  
770 E Providence Rd Apt A408  
Aldan, PA 19018

VIA ECF  
Kenneth E West  
1234 Market St Ste 1813  
Philadelphia, PA 19107

Michael A Cibik  
mail@cibiklaw.com