UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Michael A Thompson                           Case No.: 21-10895
                                             Adversary No.: _____
                                             Chapter: 13
        Debtor                               Judge: Ashelyn M Chan

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

Internal Specialized Operations
PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/05/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                 Chapter #13
Michael A Thompson                   Case No. 21-10895
                                                           Honorable Ashely M Chan

Debtor

_____/

## CERTIFICATE OF SERVICE

      I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 5, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

      Signed under the penalties of perjury, this 5th day of December 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 1960
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
**Michael A. Thompson**
770 E Providence Road, Apt A408
Aldan, PA 19018

VIA ECF
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Michael A Cibik
help@cibiklaw.com