United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10895-amc

Michael A. Thompson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Mar 04, 2026     Form ID: 138OBJ     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael A. Thompson, 770 E Providence Road, Apt A408, Aldan, PA 19018-4368 |
| 14596476 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14596478 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 15081342 | ++++ | SANTANDER BANK, N.A., MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank, N.A., 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 15081341 | | Santander Bank, N.A., Internal Specialized Operations, PO Box 847105, Boston, MA 02284-7105 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14596468 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14596467 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14610220 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Phila., Bky. Unit, 15th fl., 1515 Arch St., Phila., PA 19102 |
| 14610219 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Phila., Major Tax Unit/Bky Dept., 1401 JFK Blvd., Rm. 580, Phila., PA 19102 |
| 14596464 | + | Email/Text: ecf@ccpclaw.com | Mar 05 2026 00:16:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14596466 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2026 00:30:54 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14596469 | + | Email/Text: bankruptcy@philapark.org | Mar 05 2026 00:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14596470 | + | Email/Text: mrdiscen@discover.com | Mar 05 2026 00:16:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14596471 | | Email/Text: bankruptcycourts@equifax.com | Mar 05 2026 00:16:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14596472 | ^ | MEBN | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: 138OBJ | Total Noticed: 36 |

| | | Mar 05 2026 00:09:21 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
|---|---|---|---|
| 14597442 | Email/Text: EBNBKNOT@ford.com | Mar 05 2026 00:17:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14871893 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 00:17:34 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14596473 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2026 00:16:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14609865 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2026 00:17:31 | Kohls, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14596474 | + Email/Text: EBNBKNOT@ford.com | Mar 05 2026 00:17:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14601833 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 05 2026 00:17:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14609864 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 05 2026 00:17:35 | Merrick Bank, P.O. Box 9201, Bethpage, NY 11804-9001 |
| 14596475 | + Email/Text: bankruptcynotices@psecu.com | Mar 05 2026 00:17:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14612811 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2026 00:17:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14606321 | + Email/Text: bankruptcynotices@psecu.com | Mar 05 2026 00:17:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14596477 | + Email/Text: bankruptcy@philapark.org | Mar 05 2026 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14596479 | + Email/Text: bankruptcy1@pffcu.org | Mar 05 2026 00:16:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14603290 | + Email/Text: bankruptcy1@pffcu.org | Mar 05 2026 00:16:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14596480 | + Email/Text: bknotice@raslavrar.com | Mar 05 2026 00:16:00 | Robert Kline, Esq., LaVRar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14596481 | + Email/Text: DeftBkr@santander.us | Mar 05 2026 00:17:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3563 |
| 14606878 | + Email/Text: DeftBkr@santander.us | Mar 05 2026 00:17:00 | Santander Bank NA, 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 14596482 | Email/Text: DASPUBREC@transunion.com | Mar 05 2026 00:16:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14596483 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Mar 05 2026 00:17:39 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 14603445 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 05 2026 00:17:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14596465 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Michael A. Thompson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 52 − 51

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Michael A. Thompson )  Case No. 21−10895−amc
 )
 )
   Debtor(s). )  Chapter: 13
 )
 )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.


Date: March 4, 2026                        For The Court

                                            Mohung Wong
                                            Clerk of Court