United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-10895-amc

Michael A. Thompson                                                      Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                        Page 1 of 1

Date Rcvd: May 21, 2026              Form ID: 195                                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID            Recipient Name and Address**
db                + Michael A. Thompson, 770 E Providence Road, Apt A408, Aldan, PA 19018-4368

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name                          Email Address**

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
                              on behalf of Debtor Michael A. Thompson help@cibiklaw.com
                              noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                        : Chapter 13

Michael A. Thompson                              : Case No. 21−10895−amc
            Debtor(s)

### *ORDER*
_____

   AND NOW, this day , May 20, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                        By The Court

                                        Ashely M. Chan
                                        Chief Judge, United States Bankruptcy Court

                                                                            Form 195